UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PMT NPL FINANCING 2015-1,<br><br>                    Plaintiff,<br><br>  v.<br><br>THOMAS C. LEE,<br><br>                    Defendant. | CASE NO. C17-1376 RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant's application to proceed in forma pauperis (Dkt. 2) is **GRANTED**. Defendant may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to defendant.

DATED this  14th  day of September, 2017.

                                                                       BRIAN A. TSUCHIDA
                                                                         United States Magistrate Judge